JOHN BUBNOWSKI, Appellant, v. CHEMUNG CANAL TRUST COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Estate of BARNARD GEORGE PARKER, Deceased. GEORGE WALLER PARKER, Contestant, Appellant; DORA L. PARKER, Proponent, Respondent.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

ELIZABETH CONSTABLE, Respondent, v. OSCAR SEIBING, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

VERNON HAMM, Appellant, v. ANDREW STRACK, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JAMES A. PAGANO, Respondent, v. ELIZABETH M. PAGANO, Appellant.— Judgment reversed on the law and facts, with costs, and judgment directed for defendant dismissing the complaint, with costs, upon the ground that the evidence is insufficient to sustain the finding of the adultery of the defendant. (*Nottingham* v. *Nottingham, No. 1,* 209 App. Div. 459; *Pollock* v. *Pollock,* 71 N. Y. 137.) Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur. The court disapproves of findings of fact numbered 3, 4, 5, 7, 8 and 9.

MARY KIMBALL, an Infant, by MARY LINDSLEY, Her Guardian ad Litem, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law and the facts, and a new trial granted, with costs to the appellant to abide the event, on the grounds that the charge that defendant was required to exercise especial care was erroneous, and that the submission of the question of the permanency of the injuries was not warranted by the evidence. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

JOHN J. HOEFER, JR., Respondent, v. F. WALTER SEELE, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, Hinman, Davis, Whitmyer and Hasbrouck, JJ.

PATRICK W. CASEY, Respondent, v. FRANK A. SHANE and Another, Individually and as Copartners Trading as SHANE CONSTRUCTION COMPANY, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

BESSIE A. ARMONDI, Appellant, v. WARREN L. DUNHAM and Another, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

AIMEE M. RUBENSTEIN, Plaintiff, v. LEVI W. RUBENSTEIN, Defendant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Intermediate Judicial Settlement of the Accounts of DAISY S. BORST, One of the Executrices, etc., of HENRY V. BORST, Deceased.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE KELLAM & SHAFFER COMPANY, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.